IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RAYMOND L. REYNOLDS, | |
| Plaintiff, | |
| v. | 2:23-CV-135-Z |
| R1 RCM, INC., | |
| Defendant. | |

## NOTICE

Before the Court is the parties' Stipulation of Dismissal ("Stipulation") (ECF No. 22), filed on November 1, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), they stipulate that "this matter be dismissed with leave to reinstate within forty-five (45) days" and that "[i]f Plaintiff does not move to reinstate this dismissal within forty-five (45) days hereof, the dismissal shall be with prejudice." *Id.* at 1.

A plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Thus, these claims were dismissed with leave to reinstate "upon the filing of the [S]tipulation" on November 1, 2023. *Emerson v. City of Richardson, Texas*, No. 3:23-CV-399-S-BN, 2023 WL 6149198, at *1 (N.D. Tex. Sept. 20, 2023). Accordingly, the Court **DIRECTS** the Clerk to **CLOSE** the above-styled case pursuant to the terms of the Stipulation.

**SO ORDERED.**

November 16, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE